**NEIGER LLP**
317 Madison Avenue, 21st Floor
New York, New York 10017
Tel.: (212) 267-7342
Fax.: (212) 918-3427
Edward E. Neiger, Esq.

*Counsel to the Liquidating Trustee for the*
*EOS Airlines, Inc. Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EOS AIRLINES, INC. | Case No. 08-22581 (RDD) |
| Reorganized Debtor. | |
| TURNAROUND ADVISORS, LLC, AS LIQUIDATING TRUSTEE OF THE EOS AIRLINES LIQUIDATING TRUST | Adv. Pro. No: 10-08350 (RDD) |
| Plaintiff, | |
| -against- | |
| JEPPESON SANDERSON, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff, Turnaround Advisors, LLC, as Liquidating Trustee of the EOS Airlines Liquidating Trust, (the "Debtors") and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through its counsel, Neiger LLP, gives notice that it is hereby dismissing the above-captioned Adversary Proceeding against Jeppeson Sanderson, Inc. (the "Defendant"), pursuant to Bankruptcy Rule 7041 and Fed.

R. Civ. P. 41(a)(1)(i).

Dated: New York, New York

May 19, 2011

                              **NEIGER LLP**

                              *Counsel for Turnaround Advisors, L.L.C. as*
                              *Liquidating Trustee for the EOS Airlines, Inc.*
                              *Liquidating Trust*

             By:    <u>/s/ Edward E. Neiger, Esq.</u>
                     Edward E. Neiger, Esq.
                     317 Madison Avenue, 21st Floor
                     New York, New York 10017
                     Tel.: (212) 267-7342
                     Fax: (212) 918-3427